## Stix & Co.

### v.

### Richard P. Dodds.

PRACTICE IN ATTACHMENT.—This case involves the same questions as the preceding and is reversed for the same reasons.

ERROR to the Circuit Court of Saline county; the Hon. M. C. Crawford, Judge, presiding. Opinion filed April 2, 1880.

Mr. H. H. HARRIS, for plaintiffs in error.

Mr. JAMES M. GREGG and Messrs. TANNER & WILBANKS, for defendant in error.

WALL, J.   This case is in all substantial matters like the case of Buchman v. Dodds, and the views expressed in that case are applicable here.

Judgment reversed and cause remanded for another trial.

Reversed and remanded.